UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

JOHN FLORA,

    Petitioner,

v.

SANDRA CARTER,

    Respondent.

Case No. C06-5020RBL

ORDER CHANGING CASE CAPTION AND DIRECTING SERVICE AND RETURN, § 2254 PETITION

The petitioner in this action is seeking federal habeas corpus relief pursuant to 28 U.S.C. § 2254. This case has been referred to the undersigned Magistrate Judge pursuant to Title 28 U.S.C. §§ 636 (b) (1) (A) and 636 (b) (1) (B) and Local Magistrates' Rules MJR 3 and MJR 4.

When the petition was filed the court noted the petition did not name a proper respondent and entered an order to amend. (Dkt. # 6). Petitioner replied by letter indicating the Superintendent of the facility where he is incarcerated is Sandra Carter. (Dkt. # 7).

The clerk is directed to change the case caption in this action to reflect Sandra Carter is the proper respondent. An amended petition is not needed.

(1).    The clerk shall arrange for service by certified mail upon respondent, a copy of the petition, of all documents in support thereof, and of this Order, a copy of the Notice of Initial Assignment and Consent to Proceed before a United States Magistrate Judge. All costs of service

ORDER FOR SERVICE AND RETURN, 2254 PETITION - 1

shall be advanced by the United States.  The Clerk shall assemble the necessary documents to effect service.  The Clerk shall send petitioner a copy of this Order, the General Order, a copy of the Notice of Initial Assignment and Consent to Proceed before a United States Magistrate Judge.  The clerk will also sen a courtesy copy of the petition to the Washington State Attorney General's Office Criminal Justice Division.

(2)	Within forty-five (45) days after such service, respondent shall file and serve an answer in accordance with Rule 5 of the Rules Governing § 2254 Cases in United States District Courts.  As part of such answer, respondents should state whether petitioner has exhausted available state remedies, whether an evidentiary hearing is necessary, and whether there is any issue of abuse of delay under Rule 9.  Respondent shall not file a dispositive motion in place of an answer without first showing cause as to why an answer is inadequate.  Respondent shall file the answer with the Clerk of Court and serve a copy of the answer upon petitioner.

(3)	The answer will be treated in accordance with Local Rule CR 7.  Accordingly, upon receipt of the Answer the Clerk will note the matter for consideration on the fourth Friday after the answer is filed, petitioner may file and serve a response not later than on the Monday immediately preceding the Friday appointed for consideration of the matter, and respondent may file and serve a reply brief not later than on the Thursday immediately preceding the Friday designated for consideration of the matter.

DATED this 16th day of March, 2006.

/S/ J. Kelley Arnold
J. Kelley Arnold
United States Magistrate Judge

ORDER FOR SERVICE AND RETURN,  2254 PETITION - 2