UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

JOHN FLORA,

    Petitioner,

    v.

SANDRA CARTER,

    Respondent.

Case No. C06-5020RBL

ORDER GRANTING PETITIONER'S MOTION TO AMEND TO ADD A CLAIM AND RESPONDENT'S MOTION FOR ADDITIONAL TIME TO FILE AN ANSWER

    The petitioner in this action is seeking federal habeas corpus relief pursuant to 28 U.S.C. § 2254. This case has been referred to the undersigned Magistrate Judge pursuant to Title 28 U.S.C. §§ 636 (b) (1) (A) and 636 (b) (1) (B) and Local Magistrates' Rules MJR 3 and MJR 4. Before the court is petitioner's motion to add a claim. Petitioner argues the trial court judge did not have authority to sentence him outside the standard range in a bench trial. (Dkt. # 14). Respondent asks for additional time to answer the petition because files from the state court have not arrived. Both Motions are **GRANTED.**

    Respondents counsel will address petitioners <u>Blakeley</u> argument as part of the answer. The answer will be due on or before **June 23rd, 2006.**

    The clerk is directed to send a copy of this order to petitioner and counsel or respondent.

    DATED this 15th day of May, 2006.

                                                            <u>/S/ J. Kelley Arnold</u>
                                                            J. Kelley Arnold
                                                            United States Magistrate Judge

ORDER 2254 PETITION - 1